RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
NOV - 4 2026
DANIEL J. McCOY, CLERK
BY: KEA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

UNITED STATES OF AMERICA

21 U.S.C. §§ 841(a)(1) & (b)(1)(B)(ii)(II)
21 U.S.C. §§ 841(a)(1) & (b)(1)(A)(viii)
21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(vi)
18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(c)(1)(A)(i)

v.

LONDELL SMITH, JR.,

Defendant

3:26-cr-00445-01
Judge Doughty
Magistrate Judge McClusky

## INDICTMENT

The Federal Grand Jury charges:

### COUNT 1
**Possessing a Controlled Substance with Intent to Distribute**
[21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(ii)(II)]

On or about September 11, 2026, in the Western District of Louisiana, the defendant,

**LONDELL SMITH, JR.,**

did knowingly and intentionally possess with the intent to distribute a controlled substance, that is, 500 grams or more of cocaine, a schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(ii)(II).

### COUNT 2
**Possessing a Controlled Substance with Intent to Distribute**
[21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(viii)]

On or about September 11, 2026, in the Western District of Louisiana, the defendant,

**LONDELL SMITH, JR.,**

did knowingly and intentionally possess with the intent to distribute a controlled substance, that is, 50 grams or more of methamphetamine, a schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(viii).

**COUNT 3**
**Possessing a Controlled Substance with Intent to Distribute**
[21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(vi)]

On or about September 11, 2026, in the Western District of Louisiana, the defendant,

**LONDELL SMITH, JR.,**

did knowingly and intentionally possess with the intent to distribute a controlled substance, that is, 40 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly known as fentanyl, a schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(vi).

**COUNT 4**
**Possession of Firearms and Ammunition by a Convicted Felon**
[18 U.S.C. § 922(g)(1)]

On or about September 11, 2026, in the Western District of Louisiana, the defendant,

**LONDELL SMITH JR.,**

knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting

commerce firearms, that is, one Sig Sauer (Sig-Arms) SP2022 9mm pistol, one Para Ordnance P14.45 45 caliber pistol, and one Smith & Wesson Bodyguard 38 caliber revolver, and ammunition, in violation of Title 18, United States Code, Section 922(g)(1).

**COUNT 5**
**Possessing a Firearm in Furtherance of a Drug Trafficking Crime**
[18 U.S.C. § 924(c)(1)(A)(i)]

On or about September 11, 2026, in the Western District of Louisiana, the defendant,

**LONDELL SMITH, JR.,**

did knowingly possess a firearm in furtherance of a drug trafficking crime, a felony offense for which he may be prosecuted in a court of the United States, that is, a violation of Title 21, United States Code, Section 841(a)(1), as charged in Counts 1 through 3 of this Indictment, in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

**FORFEITURE NOTICE**

A. The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for alleging forfeiture to the United States of America of certain property to which the defendant, **LONDELL SMITH, JR.**, has an interest.

B. Upon conviction of a violation of Title 21, United States Code, Section 841, as alleged in this indictment, the defendant shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly

or indirectly, as a result of such violation, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense, pursuant to Title 21, United States Code, Section 853.

C. Upon conviction of a violation of Title 18, United States Code, Section 922, or any other criminal law of the United States of America, as alleged in this Indictment, the defendant shall forfeit to the United States of America any firearm or ammunition involved in or used in the commission of such offense, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

D. The property subject to forfeiture as a result of the alleged offenses includes, but is not limited to, to the following:

1.) Sig Sauer (Sig-Arms) pistol; Model: SP2022; Caliber: 9; S/N: 24B236019

2.) Para Ordnance pistol; Model: P14.45; Caliber: 45; S/N: P141072

3.) Smith & Wesson revolver; Model: Bodyguard; Caliber: 38; S/N CVK0437

4.) Ammunition

5.) $5,000 of U.S. Currency

[Remainder of Page Intentionally Left Blank]

All pursuant to Title 18, United States Code, Section 924(d), and the procedures set forth in Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL

REDACTED

FOREPERSON

ZACHARY A. KELLER
UNITED STATES ATTORNEY

S. CHARLOTTE FARSHIAN
SPECIAL ASSISTANT UNITED STATES ATTORNEY